UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| IN RE: : | |
| : | CASE NOS. 03-40293 |
| JOHNSTON INDUSTRIES, INC., : | |
| As Surviving Debtor under a Confirmed Plan, : | CHAPTER 11 |
| : | |
| : | |
| Debtor : | |
| _____ : | |

**FINAL REPORT, AND
APPLICATION FOR FINAL DECREE
AND REQUEST FOR ORDER CLOSING CASE**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
**FINAL REPORT**

**COMES NOW** Ronald L. Glass, in his capacity as the Liquidating Agent (the "Liquidating Agent") for Johnston Industries, Inc., the surviving debtor (the "Surviving Debtor") under the Plan confirmed in the above-captioned case on August 23, 2004, and hereby files this "Final Report, and Application for Final Decree and Request for Order Closing Case" (the "Final Report").

On January 31, 2003 (the "Petition Date"), Johnston Industries, Inc., Johnston Industries Alabama, Inc., Textest International Fabric Testing Corp., Inc. f/k/a Johnston Industries Composite Reinforcements, Inc., Greater Washington Investments, Inc., J.I. Georgia, Inc. f/k/a T.J. Beall Co., and Autographix, Inc. (collectively, the "Debtors") filed voluntary petitions under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

On August 23, 2004, the Court entered an order (the "Confirmation Order"; docket no. 2096) confirming the "First Amended and Restated Chapter 11 Plan of Liquidation Submitted by Johnston Industries, Inc. and Related Debtors in Possession" (as modified by the Confirmation

Order, the "Plan"). The Plan provided for the substantive consolidation of the Debtors' estates. Pursuant to the Plan, the estates of all of the Debtors were consolidated into the estate of Johnston Industries, Inc., which was thereby deemed the "Surviving Debtor."

## I. Transfer of Property

Debtors have ceased all operations and collected all amounts available pursuant to the Plan. All assets and claims of the Surviving Debtor's estate, of which the Liquidating Agent is aware, have now been liquidated, and all avoidance actions have been finally resolved. Additionally, all disputed claims have been finally determined. In summary, more than 700 proofs of claim were filed in the Debtors' bankruptcy cases totaling over $120 million, and almost 1,000 claims totaling over $400 million were scheduled. Additionally, more than 800 requests for administrative expenses were filed. To resolve all claims in the case, the Liquidating Agent filed eight omnibus objections to hundreds of claims and more than 40 objections to the claims of individual claimants.

Upon confirmation of the Plan, all of the property of the Debtors' estates revested with the Surviving Debtor free and clear of all liens, with the exception of the liens of the Debtors' primary secured lender. The Plan proposed no further transfer of property other than that property which will be disbursed to the creditors under the Plan.

## II. Post-Confirmation Debtor

The Plan is a liquidation plan. Pursuant to the Plan, the Surviving Debtor has maintained its existence for the purpose of winding up the affairs contemplated in the Plan. Under the Plan, the Debtors did not receive a discharge.

Since confirmation of the Plan, the Liquidating Agent has made substantial distributions to creditors under the Plan. Pursuant to the Surviving Debtor's Monthly Financial Report for

October 2010 filed with the Court, post-petition distributions to administrative and priority claimants total $1,280,178.00. These claims, to the extent unpaid at the time of confirmation, constituted unclassified claims and claims in Class 1 and 2. Total payments to the Primary Lender Group (Class 3) equal $2,680,446.00. An accounting of allowed claims and the proposed payments thereon is included in the Final Account attached hereto as Exhibit "A" and incorporated herein by reference.

As described herein, all of the requirements for "substantial consummation" under 11 U.S.C. §1101(2) have been met.

Based on the foregoing, the Surviving Debtor's estate has been fully administered in accordance with Federal Rule of Bankruptcy Procedure 3022.

## APPLICATION FOR FINAL DECREE

As shown above, there has been "substantial consummation" of the confirmed Plan consistent with 11 U.S.C. §1101(2), and as a result, the Surviving Debtor's case should be closed. All property to be transferred under the Plan has been, or is being, transferred, and the payments contemplated under the Plan have been, or are being, made to the extent of available funds.

WHEREFORE, the Surviving Debtor respectfully requests that the Court approve this Final Report and enter a Final Decree and Order closing this case.

Dated: November 29, 2010
Atlanta, Georgia

    LAMBERTH, CIFELLI, STOKES,
    ELLIS & NASON, P.A.
    Counsel for the Surviving Debtor
    By: /s/ Gregory D. Ellis
    Gregory D. Ellis
3343 Peachtree Road, N.E., Suite 550    Georgia Bar No. 245310
Atlanta, Georgia 30326    gellis@lcsenlaw.com
(404) 262-7373/(404) 262-9911 (facsimile)

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CASE NOS. 03-40293 |
| JOHNSTON INDUSTRIES, INC., | : | |
| As Surviving Debtor under a Confirmed Plan, | : | CHAPTER 11 |
| | : | |
| | : | |
| Debtor | : | |
| | : | |

**FINAL ACCOUNT**

**COMES NOW** Ronald L. Glass, in his capacity as the Liquidating Agent (the "Liquidating Agent") for Johnston Industries, Inc., the surviving debtor (the "Surviving Debtor") under the Plan confirmed in the above-captioned case on August 23, 2004, and hereby submits this "Final Account".

1.

In the course of this case, the Court has approved professional fees to Lamberth Cifelli, Stokes, Ellis and Nason, PA. ("LCSEN"), counsel for the Debtors,[1] in the amount of $813,730.50. In the course of this case, the Court has approved and awarded expenses to LCSEN in the amount of $39,893.49.

2.

In addition, in the course of this case, the Court has approved and awarded professional fees to other professionals retained in this case in the amount of $2,223,907.44. In the course of this case, the Court has approved and awarded expenses to other professionals in the amount of $89,283.76.

---

[1] After confirmation, LCSEN became counsel for the Surviving Debtor.

3.

Since confirmation of the Plan, post confirmation fees and expenses have been paid to professionals for the Debtors and the Surviving Debtors in the amount of $667,799.81.

4.

The following is a summary of the allowed administrative, secured and priority claims in the case which the Surviving Debtor intends to pay in full:

| | |
|---|---|
| Total of Administrative and Priority Claims of the Pension Benefit Guaranty Corp. Allowed | $1,015,101.00 |
| Total of Other Administrative Claims Allowed | $307,298.02 |
| Total of Secured Claim of Primary Lender Group Allowed | $217,685.09 |
| Total Other Secured and Priority Claims Allowed | $53,602.51 |

5.

The total allowed general, unsecured claims in the case equal $95,975,235.13. These claims will not be paid in full and will receive a de minimis distribution on account of their allowed claims.

WHEREFORE, the Surviving Debtor submits this Final Account in discharge of these obligations under the Bankruptcy Code and Rules.

Dated: November 29, 2010
Atlanta, Georgia

LAMBERTH, CIFELLI, STOKES,
ELLIS & NASON, P.A.
 Counsel for the Surviving Debtor
By:      /s/ Gregory D. Ellis
        Gregory D. Ellis
        Georgia Bar No. 245310
        gellis@lcsenlaw.com

3343 Peachtree Road, N.E., Suite 550
Atlanta, Georgia  30326
Telephone:  (404) 262-7373
Facsimile:  (404) 262-9911

# **CERTIFICATE OF SERVICE**

  I, Gregory D. Ellis, certify that on the date specified below I caused to be served a true and correct copy of the foregoing document via first class United States mail in a properly addressed envelope with sufficient postage affixed thereto to ensure delivery upon the parties listed on <u>Exhibit 1</u> attached thereto.

  This 29th day of November, 2010.

             By:  <u>/s/ Gregory D. Ellis</u>
                Gregory D. Ellis

**EXHIBIT "1" FOLLOWS**

| | | |
|---|---|---|
| AKRA USA<br>GROVER SMITH<br>5950 FAIRVIEW RD #416<br>CHARLOTTE, NC 28210- | AL ELECTRIC CO-OP<br>JEROME L. KAPLAN<br>ARNALL GOLDEN ET AL<br>201 SECOND ST, STE 1000<br>MACON, GA 31201- | AL ELECTRIC CO-OP<br>TED JACKSON<br>184 COMMERCE ST<br>MONTGOMERY, AL 36103- |
| AL ELECTRIC CO-OP<br>PO BOX 550<br>ANDALUSIA, AL 36420- | AL POWER CO<br>W. CLARK WATSON<br>BALCH & BINGHAM, LLP<br>PO BOX 306<br>BIRMINGHAM, AL 35201- | ALABAMA & FLORIDA RAILWAY CO<br>1318 S JOHANSON RD<br>PEORIACOTHE, IL 61607- |
| ALABAMA DEPT OF REVENUE<br>PO BOX 831199<br>BIRMINGHAM, AL 35283- | ALABAMA DEPT OF REVENUE<br>LORI PRICE<br>SALES USE & BUSINESS TAX DIV<br>PO BOX 327540<br>MONTGOMERY, AL 36132-7540 | ALABAMA ELECTRIC COOP<br>J THEODORE JACKSON JR<br>RUSHTON STAKELY ET AL<br>184 COMMERCE ST<br>PO BOX 270<br>MONTGOMERY, AL 36104- |
| ALABAMA GAS CORPORATION<br>PATRICK DARBY<br>BRADLEY AVANT ET AL<br>1819 FIFTH AVE N<br>BIRMINGHAM, AL 35203-2104 | ALLISON, CHARLIE<br>CHARLES E MCCOY JR<br>JOHNSON CALDWELL ET AL<br>117 N LANIER AVE, STE 201<br>LANETT, AL 36863- | AM FIBERS & YARD CO<br>JUDY D. THOMPSON<br>POYNER & SPRUILL LLP<br>301 S COLLEGE ST, STE 2300<br>CHARLOTTE, NC 28202- |
| AM FIBERS & YARNS CO<br>JOHN R. MAYS<br>55 VILCOM CIR, SUITE 300<br>CHAPEL HILL, NC 27514- | AMERICAN BUSINESS EQUIPMENT<br>GREG WHALEY<br>PO BOX 9326<br>COLUMBUS, GA 31908-9326 | AMHOF TRUCKING INC<br>ROGER AMHOF<br>651 N 6TH AVE<br>PO BOX 285<br>ELDRIDGE, IA 52748-0285 |
| ANDALA ENTERPRISES<br>JOHN G RALLS<br>PRESIDENT<br>PO BOX 9414<br>PENSACOLA, FL 32513- | ARCHER & GREINER<br>RENEE C. ETTORE<br>ONE CENTENNIAL SQUARE<br>HADDONFIELD, NJ 08033-0968 | ASCOM HASLER MAILING SYSTEMS<br>PO BOX 895<br>SHELTON, CT 06484-0895 |
| ASCOM HASLER/GE CAPITAL<br>MICHAEL KINDELAN<br>10 RIVERVIEW DR<br>DANBURY, CT 06810- | AVAYA INC FKA LUCENT TECHNOLOGIES<br>CAROLYN MAGAHA<br>C/O D&B / RMS BKR SVCS<br>PO BOX 5126<br>TIMONIOUM, MD 21094- | BARLOWORLD FLEET LEASING LLC<br>DWAYNE GILBERT<br>JAMES N LANDIS<br>BARLOWORLD HANDLING LP<br>PO BOX 410050<br>CHARLOTTE, NC 28241- |
| BAXTER CORP, THE<br>MICHAEL KELLY, CPA<br>PO BOX 645<br>FRANKLIN LAKES, NJ 07417-0645 | BCC EQUIPMENT LEASING CORP<br>PO BOX 96573<br>CHICAGO, IL 60693- | BCC EQUIPMENT LEASING CORP.<br>RON C. BINGHAM, II<br>THOMPSON, O'BRIEN, KEMP & NASUTI<br>40 TECHNOLOGY PKWY S<br>STE 300<br>NORCROSS, GA 30092-2924 |
| BINGHAM, J REID<br>PO BOX 14-4991<br>CORAL GABLES, FL 33114- | BURRIS, ROY C.<br>4504 - 7TH ST<br>ECORSE, MI 48229- | BUTLER UPTOWN LLC<br>ATTN SHERRY<br>PO BOX 2766<br>COLUMBUS, GA 31902-2766 |
| CARAUSTAR<br>PO BOX 277321<br>ATLANTA, GA 30384-7321 | CB&T BANK, RUSSELL CO<br>DAVID B ANDERSON<br>WALSTON WELLS ANDERSON & BAINS<br>505 20TH ST N STE 500<br>BIRMINGHAM, AL 35203- | CB&T OF RUSSELL CO<br>RONALD J. SMITH<br>1137 FIRST AVE<br>COLUMBUS, GA 31901- |

| | | |
|---|---|---|
| CECIL C. DAVIS<br>18053 AL HIGHWAY 52<br>OPP, AL 36467- | CGW SOUTHEAST MGMT LLC<br>TROY J ARAMBURU<br>ALSTON & BIRD LLP<br>1201 WEST PEACHTREE ST<br>ATLANTA, GA 30309-3424 | CHAMBERS COUNTY LGREC INC<br>SUE FLOWERS<br>PO BOX 1369<br>HARTSELLE, AL 35640-1369 |
| CIT GROUP/EQPMT FIN<br>CLARK R HAMMOND SHANA BOYD DAVIS<br>JOHNSTON BARTON PROCTOR & POWELL<br>569 BROOKWOOD VILLAGE STE 901<br>BIRMINGHAM, AL 35209-4513 | CITICAPITAL<br>PO BOX 6229<br>CAROL STREAM, IL 60197-6229 | CITICAPITAL COMMERCIAL LEASING CORP<br>FKA ASSOCIATES LEASING, INC.<br>PO BOX 140729<br>IVRING, TX 75014-0279 |
| CITICAPITAL COMMERCIAL LEASING CORP<br>R MICHAEL THOMPSON<br>THOMPSON OBRIEN KEMP ET AL<br>40 TECHNOLOGY PKWY<br>NORCROSS, GA 30092 | CITICORP DEL LEASE<br>TYLER CLEMENT<br>PO BOX 7247-7878<br>PHILADELPHIA, PA 19170-7878 | CITY OF LANETT<br>PO BOX 290<br>LANETT, AL 36863- |
| CLINTON CO TREASURER<br>COURT HOUSE<br>PO BOX 2957<br>CLINTON, IA 52733-2957 | CONGRESS FINANCIAL CORP (SOU)<br>200 GALLERIA PKWY, STE 1500<br>ATLANTA, GA 30339- | CONGRESS FINANCIAL CORP (SOU)<br>C. EDWARD DOBBS<br>SUITE 1500<br>285 PEACHTREE CTR AVE NE<br>ATLANTA, GA 30303- |
| COPLAND INDUSTRIES/FABRICS<br>AUSTIN E. CARTER<br>577 MULBERRY ST, STE 800<br>MACON, GA 31201- | COPY PRODUCTS LEASING INC<br>PO BOX 13352<br>PENSACOLA, FL 32591-3352 | COVINGTON COUNTY REVENUE COMM<br>JANICE D HART<br>COUNTY COURTHOUSE<br>1 COURT SQUARE<br>ANDALUSIA, AL 36420- |
| DON A BRYANT TEXTILES INC<br>DON BRYANT<br>DON A BRYANT CO<br>PO BOX 1824<br>NEWNAN, GA 30264- | DU-RE TEXTILES LTD<br>JOHN S LUBENESKY<br>REED SMITH LLP<br>599 LEXINGTON AVE 29TH FL<br>NEW YORK, NY 10022- | DYSTAR LP<br>PO BOX 75193<br>CHARLOTTE, NC 28275-0193 |
| DYSTAR LP<br>KATHY HANNERS<br>CREDIT MANAGER<br>9844-A SOUTHERN PINE BLVD<br>CHARLOTTE, NC 28273- | E.I. DUPONT DE NEMOURS & CO<br>R. KYLE WOODS<br>300 GALLERIA PKWY, STE 960<br>ATLANTA, GA 30339- | EI DUPONT DE NEMOURS & CO<br>H SLAYTON DABNEY JR<br>MCGUIREWOODS LLP<br>901 E CARY ST<br>RICHMOND, VA 23219-4030 |
| EI DUPONT NEMOURS & CO<br>JEFFERSON M ALLEN<br>MCGUIREWOODS LLP<br>1170 PEACHTREE ST NE #2100<br>ATLANTA, GA 30309-7649 | EI DUPONT NEMOURS & CO<br>JENNIFER M MCLEMORE<br>MCGUIREWOODS LLP<br>901 E CARY ST<br>RICHMOND, VA 23219-4030 | EQUIPMENT SALES & SERVICE CORP<br>ROBERT G. BROOKSHIRE<br>1655 LUKKEN INDUSTRIAL DR W<br>LAGRANGE, GA 30240- |
| FIRST INSURANCE FUNDING CORP<br>DEPT 8075<br>135 S LASALLE ST<br>CHICAGO, IL 60674-8075 | FLOURNOY & CALHOUN REALTORS<br>PO BOX 6607<br>COLUMBUS, GA 31907- | FORD MOTOR CREDIT CO<br>DRAWER 55-953<br>PO BOX 55000<br>DETROIT, MI 48255-0953 |
| GA DEPT OF REVENUE<br>SALES & USE TAX DIVISION<br>PO BOX 105296<br>ATLANTA, GA 30348- | GA DEPT OF REVENUE<br>BANKRUPTCY UNIT<br>PO BOX 161108<br>ATLANTA, GA 30334- | GE CAPITAL<br>JOHN S LUBENESKY<br>REED SMITH LLP<br>599 LEXINGTON AVE 29TH FL<br>NEW YORK, NY 10022-0002 |

| | | |
|---|---|---|
| GE CAPITAL<br>CHRIS FORMANT<br>PO BOX 747016<br>PITTSBURGH, PA 15274-7016 | GE CAPITAL COMMERICAL SERVICES<br>PO BOX 402325<br>ATLANTA, GA 30384-2325 | GENERAL ELECTRIC CAPITAL CORPORATION<br>L HAYNES<br>TSYS DEBT MGMT INC<br>PO BOX 3083<br>CEDAR RAPIDS, IA 52406-3083 |
| GLS ASSOCIATES LLC<br>575 MADISON AVE, STE 404<br>NEW YORK, NY 10022- | HART, WILLIAM J<br>HUSCH & EPPENBERGER<br>1949 E SUNSHINE ST, STE 2-300<br>SPRINGFIELD, MO 65804- | HENRY, WILLIAM I<br>4103 TIMBALIER DR<br>COLUMBUS, GA 31907- |
| HODGES TRUCKING CO (HTC)<br>M FIFE WHITESIDE<br>PO BOX 5383<br>COLUMBUS, GA 31906- | HYSTER CREDIT CO<br>PO BOX 78155<br>PHOENIX, AZ 85062-8155 | INDUSTRIAL SERVICE & SUPPLY<br>6401 25TH AVE<br>PO BOX 158<br>VALLEY, AL 36854-0158 |
| INTERNAL REVENUE SERVICE<br>STOP-334D<br>401 W PEACHTREE ST<br>ATLANTA, GA 30308- | IOS CAPITAL<br>JOHN B NICHOLS<br>BANKRUPTCY ADMIN<br>PO BOX 13708<br>MACON, GA 31208-3708 | JAMES P. SCOTT<br>PALMER & CAY<br>9020 STONY POINT PKWY, STE 200<br>RICHMOND, VA 23235- |
| JOHN T CROWDER<br>JUDGE OF PROBATE<br>CHAMBERS CO COURTHOUSE<br>LAFAYETTE, AL 36862- | JOHNSTON INDUSTRIES CREDITOR COMMITTEE<br>DAVID B. KURZWEIL<br>GREENBERT TRAURIG<br>3290 NORTHSIDE PKWY NW #400<br>ATLANTA, GA 30327- | L & P FINANCIAL SERVICES<br>ROBERT YOUNG<br>CARL GOODNIGHT STAFF VP CREDIT ADM<br>NO. 1 LEGGETT RD<br>PO BOX 757<br>CARTHAGE, MO 64836-0757 |
| LAUDERDALE, DONALD W.<br>1107 N 17TH CT<br>LANETT, AL 36863- | MARK ROADARMEL<br>ASST US TRUSTEE<br>433 CHERRY ST STE 510<br>MACON, GA 31201- | MASSEY, DONALD L.<br>5402 KIRKEALDY LN<br>PHENIX CITY, AL 36867-7418 |
| MCGRIFF SEIBELS & WILLIAMS INC<br>PO BOX 10265<br>BIRMINGHAM, AL 35202- | MCGRIFF SIEBELS & WILLIAMS OF AL<br>EMMETT L. GOODMAN, JR.<br>544 MULBERRY ST, STE 800<br>MACON, GA 31201- | MERITURN PARTNERS<br>GERALD A JEUTTER JR<br>KILPATRICK STOCKTON LLP<br>PO BOX 300004<br>RALEIGH, NC 27622- |
| MUSCOGEE CO TAX COMM<br>ROBERT COULATRE<br>PO BOX 1441<br>COLUMBUS, GA 31994-1441 | MUSCOGEE COUNTY GA<br>STEPHEN G. GUNBY<br>GROGAN RUMER ET AL<br>PO BOX 1846<br>COLUMBUS, GA 31902- | NATIONAL CONTRACT ASSOC<br>GEORGE H MCCALLUM; WARD STONE JR<br>STONE & BAXTER<br>577 MULBERRY ST STE 800<br>MACON, GA 31201- |
| NEC AMERICAN LEASING OPERATIONS<br>CONTRACTS DEPT<br>PO BOX 100558<br>PASADENA, CA 91189-0558 | PALMER & CAY<br>PO BOX 930825 (31193)<br>3348 PEACHTREE RD NE<br>ATLANTA, GA 30355- | PARENTE RANDOLPH LLC<br>HOWARD S. COHEN CPA CFE<br>824 MARKET ST, STE 625<br>WILMINGTON, DE 19801- |
| PARKDALE MILLS INC<br>DEBORAH L FLETCHER<br>KILPATRICK STOCKTON LLP<br>214 N TRYON ST STE 2500<br>CHARLOTTE, NC 28202- | PARKER HUDSON ET AL<br>JAMES S RANKIN JR<br>285 PEACHTREE CTR AVE #1500<br>ATLANTA, GA 30303- | PBCC<br>PO BOX 856460<br>LOUISVILLE, KY 40285-5460 |

| | | |
|---|---|---|
| PENSION BENEFIT GUARANTY CORP<br>JAMES KEIGHTLEY, GEN. COUNSEL<br>JOSEPH DEFRANCO, GENERAL COUNSEL<br>1200 K SREET NW STE 340<br>WASHINGTON, DC 20005-6046 | PPG INDUSTRIES INC<br>LUIS M AGOSTO<br>MOORE & VAN ALLEN PLLC<br>100 N TRYON ST STE 4700<br>CHARLOTTE, NC 28202-400 | R H HUMMER JR INC<br>TUFFY HUMMER<br>PO BOX 17<br>OXFORD, IA 52322-0017 |
| RAINACH, REX D<br>3622 GOVERNMENT ST<br>BATON ROUGE, LA 70806-5720 | REGIONS BANK<br>PAUL G. DURDALLER<br>1230 PEACHTREE ST NE #3100<br>ATLANTA, GA 30309- | REGIONS BANK OF GA<br>MIKE DICKSON<br>PO BOX 1377<br>COLUMBUS, GA 31902- |
| ROBETEX INC<br>KERRY TALBOT<br>2504 FAYETTEVILLE RD<br>PO BOX 1225<br>LUMBERTON, NC 28359- | RUSSELL COUNTY REVENUE COMMISSIONER<br>NAOMI ELLIOTT<br>PO BOX 669<br>PHENIX CITY, AL 36867- | RYDER TRANSPORTATION SERVICES<br>JENNIFER MORRIS K.P. SAUNTRY<br>RYDER SHARED SVCS CTR<br>M/S 2868<br>6000 WINDWARD PKWY<br>ALPHARETTA, GA 30005- |
| S HELLERMAN INC<br>ROBERT HELLERMAN<br>242 GREENE AVE<br>BROOKLYN, NY 11238- | SALES TAX TRUST ACCOUNT<br>CITY OF LANETT ALABAMA<br>PO BOX 830725<br>BIRMINGHAM, AL 35283-0725 | SCHWARTZ, EARL E.<br>17412 O'CONNER<br>ALLEN PARK, MI 48101- |
| SEYDEL-WOOLEY & CO<br>PATRICK M SNEED<br>2500 MARQUIS TWO TOWER<br>2385 PEACHTREE CENTER AVE NE<br>ATLANTA, GA 30303- | SHAW & SHAW PC<br>133 W GERMAN ST<br>PO BOX 1886<br>SHEPHERDSTOWN, WV 25443-1886 | SOURCING SVCS INT'L INC<br>W.R. BROWNLEE<br>A SUBSIDIARY OF NEUENHAUSER INC<br>PO BOX 1340<br>GREER, SC 29652- |
| SYMTECH INC<br>CHRISTOPHER FERNANDEZ<br>THREE WACHOVIA CTR<br>401 S TRYON ST STE 300<br>CHARLOTTE, NC 28202- | TAX TRUST ACCT<br>SALES TAX DIVISION<br>PO BOX 830725<br>BIRMINGHAM, AL 35283-0725 | THE MCDOUGAL CO<br>D. NOBLES<br>PO BOX 2806<br>COLUMBUS, GA 31902-2806 |
| TRANSGROUP INT'L<br>JODY L. DETWILER<br>PO BOX 69207<br>SEATTLE, WA 98168- | TRIZECHAHN<br>CAROL A MEYER<br>1065 AVENUE OF THE AMERICAS LLC<br>C/O TRIZECHAHN HOLDINGS INC<br>1114 AVENUE OF THE AMERICAS 31ST F<br>NEW YORK, NY 10036- | TRIZECHAHN<br>CHARLES E. BOULBOL<br>26 BROADWAY, 17TH FL<br>NEW YORK, NY 10004- |
| TRIZECHAHN<br>CHARLES E BOULBOL<br>26 BROADWAY<br>17TH FLOOR<br>NEW YORK, NY 10004 | UNIFI INC<br>CHARLES F MCCOY<br>PO BOX 19109<br>GREENSBORO, NC 27419-9109 | UNIFI INC<br>DAVID M GROGAN<br>128 S TRYON ST STE 1800<br>GREENSBORO, NC 27419-9109 |
| UNITED STEEL WORKERS, AFL-CIO<br>GLEN M. CONNOR<br>WHATLEY DRAKE LLC<br>PO BOX 10647<br>BIRMINGHAM, AL 35202-0647 | UNITED STEELWORKERS/AMERICA<br>DAVID R. JURY<br>FIVE GATEWAY CTR, ROOM 807<br>PITTSBURGH, PA 15222- | US ATTORNEY'S OFFICE<br>RANDALL ADERHOLD<br>PO BOX 1702<br>MACON, GA 31202-1702 |
| VECTORPLY CORP<br>PAUL J NOVAL, CFO<br>3503 LAKEWOOD DR<br>PHENIX CITY, AL 36867- | WARR DEVELOPMENT CO<br>KATHY JO DAVIS<br>PO BOX 2930<br>PHENIX CITY, AL 36868-2930 | WCK ENTERPRISES<br>CURTIS KIMBELL<br>3580 GROVE GATE LANE<br>ATLANTA, GA 30339- |

WENDY Y WILLIAMS
CHAMBERS CO REV COMM
LAFAYETTE, AL 36862-

WEST POINT STEVENS
NANCY HAMILTON
507 WEST 10TH ST
PO BOX 71
WEST POINT, GA 31833-

XTRA LEASE
SUZANNE M HEIDBREDER
1801 PARK 270 DR STE 400
ST LOUIS, MO 63146-

YOHN, MARY S.
19747 STATE HWY 52 W
KINSTON, AL 36453-

BERNARD COCK / B.V.B.A. CALIN
MICHAEL DE RIDDER
A.J. SLEGERSLAAN 65/3
B. 1200 BRUSSELS
BRUSSELS,   BELGIUM